IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| APPLE TREE HOLDINGS, LLC | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:24-cv-00898 |
| | § | |
| NATIONWIDE GENERAL INSURANCE COMPANY | § | |
| | § | |
|    *Defendant.* | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Apple Tree Holdings, LLC ("Plaintiff") and Defendant Nationwide General Insurance Company ("Defendant") provide notice to the Court that Plaintiff and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, the parties respectfully request that any pending matters related to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

Respectfully submitted,

| | |
|---|---|
| */s/ Shannon E. Loyd (w/ permission PMK)* | */s/ Patrick M. Kemp* |
| Shannon E. Loyd | Patrick M. Kemp |
| Texas Bar No. 24045706 | Texas Bar No. 24043751 |
| shannon@theloydlawfirm.com | pkemp@smsm.com |
| The Loyd Law Firm | Robert G. Wall |
| 12703 Spectrum Drive, Suite 201 | Texas Bar No. 24072411 |
| San Antonio, Texas 78249 | rwall@smsm.com |
| (210) 775-1424 | Segal McCambridge Singer & Mahoney |
| | 100 Congress Avenue, Suite 800 |
| **ATTORNEYS FOR PLAINTIFF** | Austin, Texas 78701 |
| | (512) 476-7834 |
| | (512) 476-7832 – Facsimile |
| | |
| | **ATTORNEYS FOR DEFENDANT** |

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this the 17th day of December, 2024 to:

Shannon E. Loyd
The Loyd Law Firm
12703 Spectrum Dr., Ste. 201
San Antonio, Texas 78249
shannon@theloydlawfirm.com

                                    */s/ Patrick M. Kemp*
                                    Patrick M. Kemp